UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-14076-CR-MARTINEZ/LYNCH(s)

UNITED STATES OF AMERICA

       Plaintiff,

vs.

TIMOTHY EDWARD DAWSON,

       Defendant.

_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Order of Reference from the District Court to conduct a Change of Plea before a Magistrate Judge.

**THE MATTER** was referred to Magistrate Judge Frank J. Lynch, on October 22,2010. A Report and Recommendation was filed on October 27, 2010, recommending that the Defendant's plea of guilty be accepted. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however none were filed. The Court has conducted a de novo review of the entire file. Accordingly, it is

**ORDERED AND ADJUDGED** that

The Report and Recommendation of United States Magistrate Judge Frank J. Lynch, is hereby **Adopted and Approved** in its entirety.

The Defendant is adjudged guilty to the Count One with attempting to import five (5) kilograms or more of cocaine hydrochloride and a mixture of a detectible amount of marijuana into the United States, in violation of Title 21, United States Code, Section 963; and in Count Three with attempting to import five hundred (500) grams or more of cocaine hydrochloride into the United States, in violation of Title 21, United States Code, Section 963.

**DONE AND ORDERED** in Chambers at Miami, Florida, this _19_ day of November, 2010.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copied: Hon. Magistrate Lynch
All Counsel Of Record
U.S. Probation Office