UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Ft. Pierce Division

Case Number:12-14079-CIV-MARTINEZ-WHITE

TIMOTHY DAWSON,
    Movant,

vs.

UNITED STATES OF AMERICA,
    Respondent.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE WHITE'S REPORT AND RECOMMENDATION

THE MATTER was referred to the Honorable Patrick A. White, United States Magistrate Judge for a Report on Movant's motion to vacate pursuant to 28 U.S.C. § 2255 (D.E. No. 1). Magistrate Judge White filed a Report and Recommendation (D.E. No. 15), recommending that the motion to vacate sentence be denied as untimely and a certificate of appealability not be issued. The Court has reviewed the entire file and record and has made a *de novo* review of the issues that the objections to the Magistrate Judge's Report present. The Court finds the issues raised in Movant's objections are already thoroughly addressed in Magistrate Judge White's Report and Recommendation. It is hereby

**ADJUDGED** that United States Magistrate Judge Patrick A. White's Report and Recommendation (D.E. No. 15) is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that

1. Movant's motion to vacate pursuant to 28 U.S.C. § 2255 **(D.E. No. 1)** is **DENIED** as untimely.

2. A certificate of appealability is **DENIED**.

3. This case is **CLOSED** and all pending motions are **DENIED AS MOOT**.

DONE AND ORDERED in Chambers at Miami, Florida, this 26 day of March, 2013.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Patrick A. White
All Counsel of Record
Timothy Dawson